# JUSTIN C. BONUS, ESQ.

### ATTORNEY AT LAW

JUSTIN C. BONUS, ESQ.
JUSTIN.BONUS@GMAIL.COM

118-35 QUEENS BOULEVARD, SUITE 400
FOREST HILLS, NY 11375

TEL. (347) 920-0160
FAX: (917) 475-0682

December 22, 2025

Honorable Anne Y. Shields
United States District Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

Re: *Melony Perez v. Nassau County, et al.*, 2:25-cv-04468-AYS
Via:   *ECF*

Your Honor:

This office represents Melony Perez in reference to the above-captioned matter. Pursuant to the Court's rules, the Parties write the Court to provide the initial joint letter. Defendants Nassau County, Nassau Couty Police Department, Det. Louis A. Monteleone, Sgt. Dominic Castiello, PO Michael Murphy, and Lt. Gregory Meyers (hereinafter collectively referred to as "defendants") are represented by their attorney Thomas A. Adams, Nassau County Attorney, by Nicholas Zotto.

Here, the basis for the jurisdiction of this Court lies in civil rights violations that Mrs. Perez suffered at the hands of Nassau County and the named employee defendants in this case pursuant to 42 USC § 1983. Defendants deny plaintiff's representations and claims, and assert that they will be refuted by subsequent discovery and depositions. All of the defendants have been served and answered the complaint.

There appear to be no counter claims or cross claims.

Here, Mrs. Perez was unlawfully arrested, imprisoned, and maliciously prosecuted based upon a harassment claim by her mother. Mrs. Perez's mother claimed that Mrs. Perez called her and threatened her. The named defendants in the case at bar were on full notice that Mrs. Perez's mother had a history of making false claims against Mrs. Perez and her husband. Additionally, there was no proof that a phone call had ever been made. Yet, the defendants in the case at bar arrested Mrs. Perez and subjected her to about 6 month's worth of unlawful and needless litigation before the Nassau County District Attorney's Office dismissed the case.  Again, the defendants deny plaintiff's representations and claims, and assert that they will be refuted by subsequent discovery and depositions.

Mrs. Perez intends to provide any waiver to counsel for the defendants upon his request.

Mrs. Perez and defendants intend to provide their Rule 26 disclosures within 30 days of this letter and complete paper discovery by February 26, 2026.

The Parties propose a joint status letter to be submitted to the Court on February 3, 2026.

The Parties have discussed the issue of consenting to jurisdiction by magistrate. Mrs. Perez consents to the magistrate's jurisdiction. The defendants do not consent to the magistrate's jurisdiction.

We appreciate the Court's consideration.

Sincerely,


/s/Justin Bonus_____
Justin Bonus, Esq.

/s/ Nicholas Zotto_____
Thomas A. Adams
Nassau County Attorney
NICHOLAS ZOTTO
Deputy County Attorney
Attorneys for Nassau County Defendants
One West Street
Mineola, New York 11501
(516) 571-3012